**Bob B. MIDYETT, Plaintiff-Appellant, v. E. A. SCAIFE et al., Defendants-Appellees.**

**No. 5738.**

Court of Appeal of Louisiana.
Second Circuit.
June 28, 1939.

Craig, Bolin, Magee & Baucum, of Mansfield, for appellant.

J. S. Pickett, of Many, for appellees.

HAMITER, Judge.

For the reasons assigned in this court, styled Jules Middleton et al. v. E. A. Scaife et al., 190 So. 829, this day decided, the judgment appealed from herein is affirmed.